IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | 1:18-CR-612 KOB-HNJ |
| ] | |
| KAJUAN WILNEAL REED, ] | |
| ] | |
| Defendant. ] | |
| ] | |

## MEMORANDUM OPINION AND ORDER

The Defendant moved to suppress evidence of a revolver found on his person and marijuana found in his car as the result of warrantless searches. (Doc. 8). After initial briefing of the motion, the magistrate judge conducted a hearing and then allowed supplemental briefing. The magistrate judge then wrote an extensive Report and Recommendation (doc. 14) supporting his conclusion that the motion should be denied both as to the gun and marijuana, to which the Defendant objected (doc. 15).

The Defendant's objections and arguments based on the officers' inability to distinguish between the smell of raw or burnt marijuana present the proverbial "smoke screen," and attempt to impose a higher standard on law enforcement than precedent requires. The smell of marijuana emitting from the Defendant's car provided the legitimate basis—reasonable suspicion— to stop Mr. Reed. The odor of marijuana on Mr. Reed himself provided probable cause for the search of his person and of his car. The court OVERRULES all of the Defendant's objections (doc. 15).

After reviewing the entire file, including the Report and Recommendation, the Defendant's objections, all of the briefs, and the transcript of the hearing conducted by the magistrate judge, the

court ADOPTS the report of the magistrate judge and ACCEPTS his recommendation. The court finds that the motion to suppress is due to be denied.

For all of the reasons contained in the report and recommendation (doc. 14), the court DENIES the motion to suppress (doc. 8).

**DONE** and **ORDERED** this 27th day of June, 2019.

_____
KARON OWEN BOWDRE
CHIEF, UNITED STATES DISTRICT JUDGE
CHIEF UNITED STATES DISTRICT JUDGE